UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>IRA BOOKER,<br>                                        Defendant. | 23 Crim. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that, by **Wednesday, May 31, 2023**, the Government serve on defense counsel and file under seal copies of Defendant Ira Booker's medical records that have not already been produced, from the period **February 24, 2023** to **May 30, 2023**.[1]  These records shall include any health-related incidents, diagnoses, and treatments, including records reflecting the following: all medical issues that have arisen, all diagnoses and prognoses that have been rendered, all testing that has been performed, all treatment that has been administered, all testing and treatments that are currently scheduled, and a statement by a licensed physician of Mr. Booker's condition as of Tuesday, May 30, 2023.

    IT IS FURTHER ORDERED that the Bureau of Prisons medical and correction staff immediately inform the MDC Brooklyn Legal Department if Mr. Booker is removed from Gold Crest Care Center and transferred to another medical facility or back to MDC Brooklyn.  The Legal Department must immediately notify Mr. Booker's attorney, Mark Gombiner, and Assistant United States Attorneys Jacob Gutwillig and Jonathan Bodansky, who shall in turn promptly inform the Court.

---

[1] The produced records shall include those generated by, and/or in the possession, custody, or control of, Integris Baptist Hospital in Oklahoma City, Oklahoma; Gold Crest Care Center in Bronx, New York; the Santa Ana County Jail in Santa Ana, California; the Bureau of Prisons; the United States Marshals Service; and any other facilities in which Mr. Booker has been or will be housed between the date of this Order and 5:00 PM on Tuesday, May 30, 2023.

IT IS FURTHER ORDERED that the Bureau of Prisons is directed to immediately notify Mr. Gombiner, Mr. Gutwillig, and Mr. Bodansky of any additional emergency medical developments, who shall in turn promptly inform the Court.

SO ORDERED.

Dated: May 16, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge