UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>IRA BOOKER,<br><br>                      Defendant. | 23 Cr. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Pursuant to the Court's June 7, 2023 Order, a status conference in this matter will take place on June 29, 2023 at 12:15 p.m.  ECF No. 21.  By **June 23, 2023** at **5:00 p.m.**, the Government shall submit under seal a statement by a licensed physician concerning Defendant Booker's condition as of June 22, 2023.  Among other things, the physician's statement shall address whether Mr. Booker's condition would allow him to attend the June 29 proceeding in-person (rather than virtually, as initially scheduled).

      SO ORDERED.

Dated: June 16, 2023
       New York, New York

                                                                               JENNIFER H. REARDEN
                                                                               United States District Judge