UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>IRA BOOKER,<br><br>                      Defendant. | 23 Cr. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Pursuant to the Court's June 26, 2023 Order, a status conference in this matter will take place on **July 27, 2023 at 12:00 p.m.**  ECF No. 26.  By **July 21, 2023 at 5:00 p.m.**, the Government shall submit under seal a statement by a licensed physician concerning Defendant Booker's condition as of July 20, 2023.  Among other things, the physician's statement shall address whether Mr. Booker's condition would allow him to attend the July 27 proceeding in-person (rather than virtually, as initially scheduled).

      SO ORDERED.

Dated: July 14, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge