**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2023

> The status conference scheduled for July 27, 2023 is ADJOURNED to September 13, 2023 at 10:30 a.m.
>
> The time between July 27, 2023 and September 13, 2023 is excluded under the Speedy Trial Act to allow for the continued production and review of discovery, to provide the parties time to discuss a possible pretrial resolution of this case, and in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).
>
> By August 4, 2023, the parties shall submit a joint letter updating the Court on the status of discovery.
>
> The Clerk of Court is directed to terminate ECF No. 30. SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: July 25, 2023

**BY ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ira Booker*, 23 Cr. 120 (JHR)

Dear Judge Rearden:

    The Government respectfully writes to request that the time between today and September 13, 2023, the date of the next status conference in the above-referenced matter, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to review discovery, and the parties time to discuss the possibility of a pretrial resolution of this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Jacob Gutwillig
    Jonathan Bodansky
    Assistant United States Attorneys
    (212) 637-2215 / -2385

cc:   Mark Gombiner, Esq. (by ECF)