UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

IRA BOOKER,

Defendant.

23 Cr. 00120 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Pursuant to the Court's July 25, 2023 Order, a status conference in this matter will take

place on **September 13, 2023 at 10:30 a.m.**  ECF No. 31.  By **September 12, 2023**, the

Government shall submit under seal a statement by a licensed physician concerning Defendant

Booker's condition as of September 11, 2023.  Among other things, the physician's statement

shall address whether Mr. Booker's condition would allow him to attend the September 13

proceeding, either in person or virtually.

Furthermore, the parties shall confer about discovery prior to the conference.

SO ORDERED.

Dated: September 6, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge