UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v.-<br><br>IRA BOOKER,<br><br>               Defendant. | 23 Cr. 00120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon the parties' sealed application dated January 19, 2024, the Court adjourns the status conference scheduled for February 1, 2024 to **March 5, 2024** at **11:30 a.m.**

The time between February 1, 2024 and March 5, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow for continued medical evaluation of Defendant Booker and ongoing discussions between the parties. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial.

SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                                                            */s/ Jennifer H. Rearden*
                                                                                 JENNIFER H. REARDEN
                                                                                 United States District Judge