UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

IRA BOOKER,

Defendant.

---

23 Cr. 120 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Upon consideration of the application of Defendant Ira Booker, by his counsel, Mark Gombiner; the parties' joint letter submitted on January 21, 2025, ECF No. 64, pursuant to the Court's January 14, 2025 Order, ECF No. 61; the record of the January 23, 2025 proceeding; the letter from the Government dated January 28, 2025, ECF No. 66; and the letter from Defendant dated January 30, 2025, ECF No. 70, it is hereby ORDERED as follows:

1. Dr. Cheryl Paradis is appointed by the Court to conduct a psychological examination of Defendant Booker pursuant to Title 18, United States Code, Section 4241(b), in order to assist the Court in determining whether the Defendant presently is suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. The psychological examination shall be conducted at East Orange General Hospital.

3. Dr. Paradis shall have access to East Orange General Hospital to conduct the examination. She shall be permitted to bring with her necessary and reasonable equipment, subject to any security measures imposed by the United States Marshals Service.

4. As discussed on the record at the January 23, 2025 conference, Dr. Paradis shall

complete her examination of the Defendant by January 31, 2025.

5. Before meeting with the Defendant, Dr. Paradis shall receive and review any prior psychological evaluations and relevant medical records of the Defendant which may be of assistance in evaluating the Defendant's competency.

6. Any meetings, evaluations, and/or psychological testing that occur pursuant to this Order shall be between the Defendant and Dr. Paradis, and no other persons shall be present at such meetings, evaluations, and/or psychological testing, although Dr. Paradis may separately interview or meet with persons relevant to the psychological evaluation of the Defendant. *United States v. McCoy*, 19 Cr. 549 (VB), at 2 (S.D.N.Y. Feb. 6, 2021); *see also* ECF No. 66 at 1; ECF No. 70.

7. In accordance with the provisions of Title 18, United States Code, Section 4247(b) and (c), upon completing her examination of the Defendant, Dr. Paradis shall prepare a written report detailing her findings and conclusions as to competency, including the following:

    (1) the Defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiner's findings; and

    (4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

8. As discussed at the January 23, 2025 conference, Dr. Paradis shall submit the foregoing report to the Court, with copies provided to counsel for the parties, by February 28, 2025.

9. A status conference will be scheduled to take place promptly after Dr. Paradis's report is submitted to the Court and disclosed to the parties.

SO ORDERED.

Dated: January 30, 2025
       New York, New York

                                                   JENNIFER H. REARDEN
                                                   United States District Judge