UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v.-<br><br>IRA BOOKER,<br>       Defendant. | 23 Cr. 120 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  WHEREAS, the Court has reviewed the March 9, 2025 report of Dr. Cheryl Paradis, who found Defendant Ira Booker to be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

  WHEREAS, the parties appeared before the Court on April 8, 2025 for a hearing pursuant to Title 18, United States Code, Sections 4241(c) and 4247(d), at which the parties declined to call witnesses or present any other evidence and did not challenge the conclusions of Dr. Paradis's report.

  WHEREAS, based upon Dr. Paradis's report and the Court's observations of the Defendant, the Court finds by a preponderance of the evidence that Defendant Booker is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to Title 18, United States Code, Section 4241(d).

  It is hereby ORDERED as follows:

1. The Defendant shall forthwith be committed to the custody of the Attorney General, who shall hospitalize the Defendant for treatment in a "suitable facility," 18 U.S.C. § 4241(d), meaning "a facility that is suitable to provide care or treatment given the nature of the

offense and the characteristics of the [D]efendant," 18 U.S.C. § 4247(a)(2). The Defendant shall continue to be hospitalized for treatment in such facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. 18 U.S.C. § 4241(d).

2. Should the responsible examining physician find at any time that the Defendant has attained the capacity to permit the proceedings to go forward, the Bureau of Prisons shall notify the Court as soon as practicable.

3. As soon as practicable after the Defendant's first 60 days at the suitable facility, the responsible examining physician shall submit an interim report to the Court regarding the Defendant's mental, psychiatric, and psychological condition.

4. As soon as practicable after the conclusion of the four-month period, the responsible examining physician shall submit a final report to the Court, as provided by Title 18, United States Code, Section 4247(c).

5. Copies of all reports shall be provided to Assistant United States Attorneys Jacob Gutwillig and Jonathan Bodansky at One St. Andrew's Plaza, New York, NY 10007; and to Mark Gombiner, Esq. at 52 Duane Street, 10th Floor, New York, New York 10007.

SO ORDERED.

Dated: April 15, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge