UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

IRA BOOKER,

Defendant.

23 Cr. 120 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the January 26, 2026 Forensic Report from FMC Devens.  By

**March 9, 2026** the parties shall file a letter or letter(s) proposing next steps.

SO ORDERED.

Dated: March 2, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge